# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

gnaydenskiy@faillacelaw.com

Telephone. (212) 317-1200
Facsimile: (212) 317-1620

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: NOV 13 2019*

November 12, 2019

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Fury v. Prive by Laurent D, Inc. et al
       Index No. **19-cv-06513-GBD**

**SO ORDERED**

NOV 13 2019

The initial conference is adjourned from November 13, 2019 to November 20, 2019 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Dear Judge Daniels:

We represent Plaintiff in the above referenced matter. We request an adjournment of the November 12, 2019 conference. We request the adjournment because it conflicts with a settlement conference in front of Judge Lehburger that the undersigned is required to appear to[1]. Defense counsel consents to the adjournment. We apologize to The Court for the short notice.

We thank the Court for its attention to this matter.

Respectfully Submitted,
/s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy

---

[1] Today, the adjournment request in the other case was denied.

*Certified as a minority-owned business in the State of New York*