# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

gnaydenskiy@faillacelaw.com



February 4, 2020

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

FEB 0 5 2020

SO ORDERED
The status conference is adjourned from February 5, 2020 to February 19, 2020 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: Fury v. Prive by Laurent D, Inc. et al
Index No. **19-cv-06513-GBD**

Dear Judge Daniels:

We represent Plaintiff in the above referenced matter. Due to a family emergency, plaintiffs' counsel is unable to attend the conference scheduled for February 5, 2020. Therefore, we respectfully request an adjournment of the February 5, 2020 conference. Defense counsel consents to the request.

We thank the Court for its attention to this matter.

Respectfully Submitted,
/s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy

*Certified as a minority-owned business in the State of New York*