# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

gnaydenskiy@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 2 2020

February 11, 2020

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

FEB 1 2 2020

SO ORDERED

The status conference is adjourned from February 19, 2020 to March 4, 2020 at 9:45 a.m.

/s/ George B. Daniels
B. DANIELS

Re:  Fury v. Prive by Laurent D, Inc. et al
     Index No. **19-cv-06513-GBD**

Dear Judge Daniels:

We represent Plaintiff in the above referenced matter. Due to a family emergency, plaintiffs' counsel is unable to attend the conference scheduled for February 19, 2020. Therefore, we respectfully request an adjournment of the February 19, 2020 conference. Defense counsel consents to the request. The parties are available February 26, 2020, February 27, 2020, March 2, 2020, March 4, 2020 or March 6, 2020.

We thank the Court for its attention to this matter.

Respectfully Submitted,
/s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy