UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHELLE FURY, *individually*,

                              Plaintiffs,

      -against-

PRIVE BY LAURENT D, INC., *d/b/a Prive Salon*, and
JEAN LOUIS DUFOURG, *a/k/a Laurent Dufourg*,

                              Defendants.

------------------------------------- x

ORDER

19 Civ. 6513 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' request for an adjournment of the status conference and for a sixty-day extension of the dates in the scheduling order, (ECF No. 22), is GRANTED. The status conference is adjourned from March 4, 2020 to March 25, 2020 at 9:45 am.

Dated: New York, New York
       March 1, 2020

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge