UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHELLE FURY,

                           Plaintiff,

     -against-

PRIVE BY LAURENT D, INC., *d/b/a Prive Salon*, and
JEAN LOUIS DUFOURG *a/k/a Laurent Dufourg*,

                         Defendants.

------------------------------------- x

ORDER

19 Civ. 6513 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 27, 2020 to August 12, 2020 at 9:45 am.

Dated: New York, New York
      May 5, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge