**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED   AUG 1 0 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHELLE FURY,

                                 Plaintiff,

                -against-

PRIVE BY LAURENT D, INC., *d/b/a Prive Salon*, et al.,

                            Defendants.

                                          **ORDER**

                                          19 Civ. 6513 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       The status conference is adjourned from August 12, 2020 to November 18, 2020 at 9:45 am.

Dated: New York, New York
       August 10, 2020

                                     SO ORDERED.

                                     *George B. Daniels*

                                     GEORGE B. DANIELS
                                     United States District Judge