UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MICHELLE FURY,

                      Plaintiff,

    -against-

PRIVE BY LAURENT D, INC., *d/b/a Prive Salon*, et al.,

                      Defendants.
------------------------------------- x

ORDER

19 Civ. 6513 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from November 18, 2020 to January 13, 2021 at 9:45 am.

Dated: New York, New York
       November 17, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge