UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MICHELLE FURY,

                      Plaintiff,

     -against-

PRIVE BY LAURENT D, INC., *d/b/a Prive Salon*, and
JEAN LOUIS DUFOURG *a/k/a Laurent Dufourg*,

                      Defendants.
------------------------------------- x

ORDER

19 Civ. 6513 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

    The January 13, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Debra C. Freeman for General Pretrial Supervision.

Dated: New York, New York
       January 7, 2021

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge