UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
MICHELLE FURY, :
                 Plaintiff, :
:
    -against- :    ORDER
:
PRIVE BY LAURENT D, INC., d/b/a PRIVE :    19 Civ. 6513 (GBD)
SALON, and JEAN LOUIS DUFOURG, a/k/a :
LAURENT DUFOURG, :
:
                Defendants. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court will hold a status conference in the above-captioned proceeding on August 2, 2022 at 10:00 a.m.

Dated: June 21, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE