UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MICHELLE FURY,

                Plaintiff,

    -against-                              ORDER

PRIVE BY LAURENT D, INC., d/b/a PRIVE         19 Civ. 6513 (GBD)
SALON, and JEAN LOUIS DUFOURG, a/k/a
LAURENT DUFOURG,

                Defendants.
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for August 2, 2022 is adjourned to September 14, 2022 at 9:45 a.m.

Dated: August 2, 2022                            SO ORDERED.
      New York, New York

                                                    GEORGE B. DANIELS
                                                    United States District Judge