UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHELLE FURY,

                Plaintiff,

      -against-                         ORDER

PRIVE BY LAURENT D, INC., d/b/a PRIVE     19 Civ. 6513 (GBD)
SALON, and JEAN LOUIS DUFOURG, a/k/a
LAURENT DUFOURG,

                Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The Clerk of the Court is directed to close the above-captioned action.

Dated: August 2, 2022
       New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge